# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0726

VERSUS

REGINALD DAVIS

**OCTOBER 6, 2025**

---

In Re:    Reginald Davis, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          12-11-0181.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED.** This court is limited to review of rulings by
the lower court or the failure of the lower court to act on a
properly filed motion or petition. Any writ application filed in
this court should indicate what relief has been sought in the lower
court and the result of such filing, and should include a complete
copy of the motion filed in the lower court, a copy of the lower
court's ruling, and a copy of all other pertinent documentation.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT